UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TONY LIONEL LOVE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cv-03548-JRS-TAB |
| MATHEW PRESTEL, | ) ) ) |
| Defendant. | ) |

**Entry Directing Further Proceedings**

The Court has attempted to serve the defendant in this action multiple times since screening the complaint. *See* dkts. 8, 13, 17, 19. On May 23, 2019, the Court received an executed waiver of service of summons form from the defendant, as well as a narrative setting forth the defendant's version of the incident alleged in the plaintiff's complaint. Dkt. 24; dkt. 25. It is unclear whether the defendant intends to retain counsel or proceed *pro se* and whether the defendant intends the narrative submitted with the waiver of service of summons to serve as an answer to the allegations in the complaint. Consequently, the defendant shall have **through June 28, 2019,** in which to retain counsel, if he so chooses, and file an amended answer that complies with Federal Rule of Civil Procedure 8(b), (c), and (d).

The clerk **is directed** to re-docket docket entry 25-1 as a separate entry entitled "Submission from defendant."

**IT IS SO ORDERED.**

Date: 5/31/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

TONY LIONEL LOVE
127260
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838


Matthew Prestel
Restricted address at docket 25