**FILED**

2:55 pm, May 31, 2019

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

Tony Love        NO. 1:18-cv-03548-JRS-TAB
v.
Matthew Prestel

On the date of this incident. I Sgt. M.Prestel was sitting in the D.O. (Captain office) waiting on Shift change to happen. At approx. 5:50pm call came out on the radio that office needed assistance. This officer gave no location where they were. I told my yard staff to start a radio check to see who needed the help. Approx. two minutes later Capt. Gilley Received a phone call from the nurse in E.R. in the infirmary. The nurse told Capt. Gilley that there is inmate in the E.R. refusing to leave the E.R. and return to his HRU cell. Capt. Gilley told me to go to the Infirmary and deal with it. Upon entering the infirmary I see Ofc. Stanley walking with Ofd. Love. Ofd Love was in a suicide smock and was assign to an HRU (High Risk Unit) cell. Ofc. Stanley didn't handcuff this offender when policy said he was to do this. Offender love was approx. ten from his cell. When ofd. Love stepped into his cell he refused to move so the door could be shut. Ofd. Love stated that he isn't going to stay in this cell. Offender love stated he wanted his medication from his other cell. I inform that due to the fact he was in HRU medical nurses take care of all medication. I told him I will inform the nurse of his request that he wants his medication. Ofd. Love didn't like this information and stated he wasn't going to stay in HRU. Ofd. Love started to walk towards me to exit his cell. I place my hand up in front of me and told him to stop. Ofd. Love pressed up against my hand to try and move forward. I pushed ofd. Love back told him to back up. Ofd. Love came forward again and struck my arm out of the way. I then grabbed ahold of his green smock and told him to cuff up. Ofd. Love pulled back and started to resist and we both fell into the cell and landed on HRU bed approx. one foot from the door. Ofd. Love stuck me on my left side with a punch, at that point I delivered three elbow strikes to his left shoulder area of ofd. love. I then used my right arm on top of his chest to pin ofd. Love so I was able to call for assistance. When first responders arrived ofd. Love was still fighting to get into cuffs. Took all five of the responders to place ofd. Love into cuffs. I called Medical staff to come down to evaluate him. At that point in time ofd. Love had no complaints to the nurses; nurses didn't need to bandage him up. Ofd. Love was stood up walked back to the hru door and was unhandcuff without further incident.